AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 8 2015

MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Jack R. Patterson Jr. (YOB: 1949) | ) | 15mj2397 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jack R. Patterson Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On the above date and time the defendant, a Non-Indian did unlawfully kill Benjamin Youngbear, a human being and an Indian with malice aforethought while in Indian Country by the use of a firearm. The defendant was in the possession of a firearm while having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

Date: 7-8-15

*Issuing officer's signature*

City and state:   Albuquerque New Mexico     Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-8-15, and the person was arrested on *(date)* 7/8/-15
at *(city and state)* Santa Fe NM.

Date: 7/8/15

*Arresting officer's signature*

JP Montowine Special Agent
*Printed name and title*