# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial

| Date: | 7/8/2015 | Case Number: | MJ 15-2397 | |
|---|---|---|---|---|
| Case Title: USA v. | Jack Patterson | Liberty: | Gila @ | 10:18 |
| Courtroom Clerk: | N. Maestas | Total Time: | 11 minutes | |
| Probation/Pretrial: | Andrew Selph | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Jeremy Pena | Defendant: | Pro Se |
|---|---|---|---|

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Preliminary/Detention | Gila | 7/9/2015 | @ 9:30
- ☐ Other: