# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa United States Magistrate Judge

Clerk's Minutes

| | | | |
|---|---|---|---|
| Date: | 7/9/2015 | Case Number: | MJ 15-2397 |
| Title: USA v. | Jack R. Patterson | Liberty: | Gila @ 10:00 |
| Courtroom Clerk: | N. Maestas | Total Time: | 55 minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | n/a |

Type of Proceeding: Preliminary

ATTORNEYS PRESENT:

Plaintiff:   Sarah Mease                                     Defendant:   Aric G. Elsenheimer

Proceedings:

Court in Session: 10:00 a.m.

Counsel enters their appearances. Defendant is present and in custody. Mr. Elsenheimer alerts Court will proceed to Preliminary Hearing and moves to continue Detention hearing to allow for Defendant to be interviewed by USPO.

Court in Recess: 10:02 a.m.

Court in Session: 10:08 a.m.

10:09 a.m. Ms. Mease: Calls Agent JP Montowine (sworn)/conducts direct examination. Alerts Court does not have reports, will provide to Mr. Elsenheimer when she receives them.

10:34 a.m. Mr. Elsenheimer: Conducts cross examination.

10:56 a.m. Court excuses witness.

10:57 a.m. Ms. Mease: Believes probable cause has been established.

10:58 a.m. Mr. Elsenheimer: Responds.

10:58 a.m. Court finds probable cause to support all allegations in the complaint. Defendant remanded to the custody of USMS. Detention hearing will be set July 10, 2015 at 9:30 a.m.

Court in Recess: 11:01 a.m.