# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

Clerk's Minutes – Detention Hearing

| Date: | 7/10/2015 | Case Number: | 15-MJ-2397 | |
|---|---|---|---|---|
| Case Title: USA v. | Jack Patterson, Jr. | Liberty: | Gila @ | 9:43 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 12 Minutes | |
| Probation/Pretrial: | A. Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Ed Bustamante | Defendant: | Elaine Ramirez |
|---|---|---|---|

PROCEEDINGS:

| ☐ | Defendant waives Preliminary hearing |
|---|---|
| ☐ | Court finds probable cause |
| ☐ | Defendant waives detention hearing |
| ☒ | Defendant remanded to custody of USMS |
| ☐ | Defendant to be released: |
| ☐ | Other: FPD – proffer mtn; USA – responds; Court – findings |